**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
Jose Antonio Moreno Lopez

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    PLAINTIFF,<br><br>v.<br><br>JOSE ANTONIO MORENO LOPEZ,<br>                    DEFENDANT. | Case No.: 09-cr-00347AWI<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant hereby request a Court Order waiving his appearance at the status conference hearing scheduled for Monday, July 19, 2010.

Mr. Torres will be unavailable on Monday, July 19, 2010.  Mr. Moreno is employee as a farm contractor and to miss work on that particular day will cause a financial hardship.

This request is made pursuant to Fed R. Crim. P. 43 (b)(2)

Date: July 16, 2010

/s/David A. Torres                                            /s/Jose Antonio Moreno Lopez
Counsel for Defendant                                     Jose Antonio Moreno Lopez

# ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived on July 19, 2010.

IT IS SO ORDERED.

Dated:    July 16, 2010                                _____
                                                           CHIEF UNITED STATES DISTRICT JUDGE