IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiffs,<br>vs.<br>JOSE ANTONIO MORENO LOPEZ<br>      Defendant. | No. CR-09-347-AWI<br><br>ORDER RE SURRENDER |

The above named defendant having been sentenced on March 14, 2011 to 13 months custody and ordered to surrender on April 28.

IT IS HEREBY ORDERED that the defendant shall surrender to the designated facility or to the U.S. Marshal on April 28, 2011 prior to 2:00 p.m.

DATED: 4-15-11

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1